Filed 2/26/24 The Red Brennan Group v. Shea CA4/2

NOT TO BE PUBLISHED IN OFFICIAL REPORTS

California Rules of Court, rule 8.1115(a), prohibits courts and Parties from citing or relying on opinions not certified for
publication or ordered published, except as specified by rule 8.1115(b). This opinion has not been certified for publication
or ordered published for purposes of rule 8.1115.

IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

FOURTH APPELLATE DISTRICT

DIVISION TWO
THE RED BRENNAN GROUP,
Plaintiff and Appellant, E080868
v. (Super.Ct.No. CIVSB2218598)
STEPHANIE SHEA, as Registrar, etc., OPINION

Defendant and Respondent;

SAN BERNARDINO COUNTY BOARD
OF SUPERVISORS,

Real Party in Interest and
Respondent.

APPEAL from the Superior Court of San Bernardino County. Winston S. Keh,
Judge. Affirmed.

Michel & Associates, C.D. Michel, Joseph Di Monda, and Alexander A. Frank for
Plaintiff and Appellant.

Jolena E. Grider, Deputy County Counsel, for Defendant and Respondent.

The Sutton Law Firm, Bradley W. Hertz; Sanders Political Law and Nicholas L.
Sanders for Real Party in Interest and Respondent.
Jonathan M. Coupal, Timothy A. Bittle, and Laura E. Dougherty for Howard
Jarvis Taxpayers Association as Amicus Curiae on behalf of Plaintiff and Appellant.
Petitioner below, The Red Brennan Group (the Brennan Group), a group
advocating for small government and government accountability, filed a petition seeking
extraordinary relief to enjoin Real Party in Interest, the San Bernardino County Board of
Supervisors (the Board) from putting an initiative, Measure D, a government sponsored
ballot measure to amend the county charter, on the November 8, 2022, ballot. The
SHWLWLRQ DOOHJHG WKDW OHDVXUH oulltprht eGett DSI WHG D
Measure K, passed in November 2020, which was then the subject of judicial review and
appeal. Measure K had provided that members of the Board may only serve one four-
year term, and it limiteda B RDUG_ P Hebhipdrsukiffito $5,000 per month, inclusive
of all benefits. However, that measure never took effect because the Board sued to
invalidate Measure K, the trial court ruled in its favor, and the judgment was appealed by
both sides. In July 2022, we issued our tentative opinion in that appeal, indicating our
LQFOLQDWLRQ WR UHYHUVH WKH WULOQ féwRIWU WIV UXO
later, the Board introduced Measure D.

Measure D provided term limits of no more than three four-year terms as well as

setting FRPSHQVDWLRQ WR %&XRDUG PHPEHUV EDVHG RQ

The final opinion was not filed until well after the election.

¢

‘